UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

        Case No.   1:21-cv-4328-EK-MMH

     Plaintiff,

  - against -

CENTO FINE FOODS, INC.,       **NOTICE OF SETTLEMENT**

     Defendant.
-------------------------------------------------------------X

  Now comes the Plaintiff, Pedro Martinez, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

  1.  The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized.  Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Stipulation of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

  2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences and cancel the mediation.

  3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the terms have been fulfilled.

Dated: Scarsdale, New York
   October 22, 2021

            SHAKED LAW GOUP, P.C.
            Attorneys for Plaintiff

          By: */s/Dan Shaked*_____
            Dan Shaked, Esq.
            14 Harwood Court, Suite 415
            Scarsdale, NY 10583
            Tel. (917) 373-9128
            e-mail: ShakedLawGroup@Gmail.com